## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LEE JUNDANIAN )<br>　　Plaintiff )<br> )<br>v. )<br> )<br>THE TOWN OF UXBRIDGE *By and Through its* )<br>*Select Board and Select Board sitting as the Town's* )<br>*Board of Water and Sewer Commissioners;* and )<br>STEPHANIE L'ETALIEN, *in her capacity as the* )<br>*Treasurer for the Town of Uxbridge* )<br>　　Defendants )<br> ) | C.A. No.: 26-10889 |

## **STIPULATION OF VOLUNTARY DISMISSAL AS TO DEFENDANT, STEPHANIE L'ETALIEN ONLY**

　　Pursuant to F. R. Civ. P. 41(a)(1)(A)(i), the parties in the within action hereby agree that the plaintiff, Lee Jundanian (herein "Plaintiff") voluntarily dismisses ONLY the Defendant, Stephanie L'Etalien, with prejudice.  The Plaintiff continues his Complaint against the Town of Uxbridge and the Parties agree that the Town of Uxbridge will not use the dismissal of the Treasurer, Ms. L'Etalien as a defense to Plaintiff's claims (alleged as of the date of this Stipulation) in this case.

　　　　　　　　　　　　　　　　　　PLAINTIFF,
　　　　　　　　　　　　　　　　　　LEE JUNDANIAN,


　　　　　　　　　　　　　　　　　　/s/ *Eric S. Brainsky*
　　　　　　　　　　　　　　　　　　Eric S. Brainsky, Esq. (BBO # 663136)
　　　　　　　　　　　　　　　　　　Michael E. Levinson, Esq. (BBO # 666108)
　　　　　　　　　　　　　　　　　　Brainsky Levinson, LLC
　　　　　　　　　　　　　　　　　　1543 Fall River Avenue, Suite 1
　　　　　　　　　　　　　　　　　　Seekonk, MA 02771
　　　　　　　　　　　　　　　　　　ebrainsky@brainskylevinson.com
　　　　　　　　　　　　　　　　　　mlevinson@brainskylevinson.com

DEFENDANTS,  
THE TOWN OF UXBRIDGE AND  
STEPHANIE L'ETALIEN,  
BY THEIR ATTORNEY,

/s/ *Courtney E. Mayo*  
Courtney E. Mayo, Esq. – BBO # 657790  
cmayo@hassettdonnelly.com  
Hassett & Donnelly, P.C.  
446 Main Street - 12th Floor  
Worcester, MA 01608  
Phone: (508) 791-6287

Dated: March 10, 2026

## CERTIFICATE OF SERVICE

      I, Courtney E. Mayo, counsel of record for the defendants in this action, do hereby certify that I have served a copy of the foregoing to all parties, by filing in the Electronic Case Filing System this 10th day of March 2026 to:

**Plaintiff's Counsel:**
Eric S. Brainsky, Esq.
ebrainsky@brainskylevinson.com
Michael E. Levinson, Esq.
mlevinson@brainskylevinson.com
Brainsky Levinson, LLC
1543 Fall River Avenue, Suite 1
Seekonk, MA 02771

/s/ *Courtney E. Mayo*  
Courtney E. Mayo, Esquire
